LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

CLARK LAW COUNSEL PLLC
Dustin L. Clark, Esq. (Bar No. 10548)
10155 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89147
Telephone: (702) 540-9070
Email: dustin @ clarklawcounsel.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation,<br><br>        Defendant. | Case No.: 2:14-cv-00362-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(First Request)** |

      Plaintiff NEDRA WILSON and Defendant GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, by and through their respective counsel of record, do hereby stipulate and agree that the current discovery cutoff date of **October 5, 2015**, be continued for a period of one hundred twenty (120) days up to and including **February 2, 2016**. Although the commencement of discovery initially was stayed pending the resolution of a dispositive motion, this is the first extension to the discovery period that has been requested in this matter.[1]

---

[1] This Court previously entered an order staying the commencement of discovery. *See* Court Doc. 23 (May 28, 2014). This was due to Defendant having filed a motion to dismiss the complaint in its entirety. *See* Court Doc. 11 (Apr. 24, 2014). Upon the Court entering its order denying the motion in part, and granting it in part, *see* Court Doc. 27 (Mar. 9, 2015), the parties filed their initial Stipulated Discovery Plan and Scheduling Order. *See* Court Doc. 39 (Apr. 8, 2015).

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 4

**1.      DISCOVERY COMPLETED TO DATE:**

The parties exchanged their initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A) within the time period set forth in the Stipulated Discovery Plan and Scheduling Order (Court Doc. 40).  Plaintiff supplemented her initial disclosures on April 30, 2015.

Plaintiff propounded the following written discovery:

(1)     Plaintiff's First Set of Interrogatories, on April 14, 2015, to which Defendant responded on June 8, 2015;

(2)     Plaintiff's First Set of Requests for Admissions, on April 14, 2015, to which Defendant responded on June 8, 2015;  and

(3)     Plaintiff's First Set of Requests for Production of Documents, on April 14, 2015, to which Defendant responded on June 8, 2015.

Defendant propounded the following written discovery:

(1)     Defendant's First Set of Interrogatories to Plaintiff, on April 8, 2015, to which Plaintiff responded on May 7, 2015;  and

(2)     Defendant's First Request for Production of Documents to Plaintiff, on April 8, 2015, to which Plaintiff responded on May 7, 2015.

Defendant served a FOIA request on the United States Equal Employment Opportunity Commission on April 8, 2014.

**2.      DISCOVERY YET TO BE COMPLETED:**

This Court recently granted Defendant GLVAR leave to amend its answer to add seven counterclaims, the parties will need to supplement their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).  *See* Court Doc. 52.  The parties will now exchange additional written discovery on issues directly related to the seven counterclaims.  There also may be a minor amount of additional written discovery on issues relating to the original complaint.  The parties also may elect to serve third-party subpoenae duces tecum on relevant witnesses.  The parties then would undertake a significant number of depositions, anticipated to be at least six to ten depositions between the two parties, which would include former officials of Defendant, some of whom would not be under Defendant's control.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 4

1  Defendant also intends to request, through a separately filed motion, which shall include a discussion of excusable neglect and good cause, permission to name an expert witness on an issue or issues relevant to its newly pled counterclaims.[2] Plaintiff does not oppose a reasonable, additional time being granted for Defendant to name an expert.

Defendant intends to take the deposition of Kevin Child on September 30, 2015, and Plaintiff Nedra Wilson on October 5, 2015. Defendant GLVAR intends to vacate these deposition dates, pending additional written discovery, should discovery be extended.

**3.  REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED:**

From Plaintiff's perspective, the primary reason why discovery could not be completed within the initial 180-day discovery period was the uncertainty regarding Defendant's Motion for Leave to Amend Answer to Assert Counterclaim (Court Doc. 43). Defendant will soon file its revised First Amended Complaint," *see* Court Doc. 49-1, which will add seven counterclaims, some of which Plaintiff intends to move to dismiss. Thus, the fact that these new counterclaims have just been added to this matter precluded complete discovery from being conducted up to this time.

A 120-day extension is being requested because a 60-day extension is wholly insufficient due to the nature of the issues raised in the counterclaim, and due to the fact that Plaintiff's counsel is scheduled to be out of the country on vacation from September 16 through September 28. The parties are opting against requesting a 90-day extension, as that would put the close of discovery in the Christmas/New Year's Day holiday season. It is Defendant's position, as set forth in its reply in support of its Motion for Leave to Amend, the granting of the Motion for Leave to Amend does not delay the proceedings because the Association's counterclaims are substantially similar to its after-acquired-evidence affirmative defense. Nevertheless, as a result of the unavailability of Plaintiff's counsel during much of the remaining discovery period and the attendant scheduling issues, Defendant has agreed to this stipulation.

---

[2] Based on the standard rule that an expert disclosure deadline is set for 60 days before the discovery cut-off, Defendant intends to ask this Court that a new expert disclosure deadline be set for December 4, 2015, and a new rebuttal expert deadline be set for 30 days later, which would be January 4, 2016.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 4

**4.     REVISED DISCOVERY PLAN:**

   1.     Discovery Cut-Off Date: **February 2, 2016**.

   2.     Dispositive Motions: The date for filing dispositive motions shall be not later than **March 3, 2016**, 30 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulation and Order to Extend Discovery (First Request), the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

   3.     Pretrial Order: The date for filing the joint pretrial order shall be not later than **April 4, 2016**, 30 days after the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

   4.     Additional Extensions of the Discovery Period: The last day for the parties to file their Motion and/or Stipulation to Extend Discovery shall be **January 12, 2016**, twenty (21) days prior to the revised discovery cut-off.

   5.     Any discovery deadline not extended in accordance with the Revised Discovery Plan set forth above shall remain controlled by the Joint Discovery Plan and Scheduling Order (Court Doc. 40), as approved by the Court on April 9, 2015.

   No trial date has yet been ordered.

DATED: September 11, 2015.                    DATED: September 11, 2015.

LAW OFFICES OF ROBERT P. SPRETNAK             CLARK LAW COUNSEL PLLC

By: /s/ Robert P. Spretnak                     By: /s/ Dustin L. Clark
   Robert P. Spretnak, Esq.                        Dustin L. Clark, Esq.

Attorney for Plaintiff                         Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200              10155 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89123                        Las Vegas, Nevada 89147

                    IT IS SO ORDERED.

9/14/2015           _____
                    UNITED STATES MAGISTRATE JUDGE
THE LAW OFFICES OF ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 4