1  DUSTIN L. CLARK, Bar # 10548
   CLARK LAW COUNSEL PLLC
2  10155 W. Twain Avenue, Ste. 100
   Las Vegas, NV  89147
3  Telephone:    702.540.9070
4  E-mail:       dustin@clarklawcounsel.com
   Attorney for Defendant/Counter-Claimant
5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

| | |
|---|---|
| NEDRA WILSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation,<br><br>　　　　　Defendant. | Case No. 2:14-cv-00362-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT/COUNTER-CLAIMANT TO RESPOND TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS SECOND AND THIRD COUNTERCLAIMS [DOC. 56]**<br><br>**(First Request)** |
| GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation,<br><br>　　　　　Counter-Claimant,<br><br>　v.<br><br>NEDRA WILSON,<br><br>　　　　　Counter-Defendant. | |

　　　In accordance with Local Rules 6-1 and 6-2, Defendant/Counter-Claimant Greater Las Vegas Association of Realtors ("Association") and Plaintiff/Counter-Defendant Nedra Wilson ("Ms. Wilson") stipulate and agree to extend the time, up to and including Friday, October 30, 2015, for the Association to file and serve its response to Ms. Wilson's Motion to Dismiss Second and Third Counterclaims (Doc. 56) filed on October 8, 2015.

The Association's original deadline to file and serve its response to Ms. Wilson's Motion to Dismiss Second and Third Counterclaims was October 26, 2015, and this is the first request for an extension of the deadline to file and serve the response to Ms. Wilson's Motion.

The Association requests this extension of time because on Saturday, October 24, 2015, the spouse of undersigned legal counsel, Dustin L. Clark, gave birth to a baby girl, and additional time is needed to finalize the Association's response to the Motion since over the next couple of days, Mr. Clark will periodically be away from the office during the day to help his wife and care for their children until extended family arrives to provide additional support.

DATED: October 26, 2015

Respectfully submitted,

 /s/ Dustin L. Clark
Dustin L. Clark
CLARK LAW COUNSEL PLLC
Attorney for Defendant/Counter-Claimant

DATED: October 26, 2015

Respectfully submitted,

 /s/ Robert P. Spretnak
Robert P. Spretnak
LAW OFFICES OF ROBERT P. SPRETNAK
Attorney for Plaintiff/Counter-Defendant

IT IS SO ORDERED.

Dated:  October 27, 2015.

_____
UNITED STATES DISTRICT JUDGE