1   LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
2   8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
3   Telephone: (702) 454-4900
Fax: (702) 938-1055
4   Email: bob @ spretnak.com
Attorney for Plaintiff and Counter-Defendant
5
CLARK LAW COUNSEL PLLC
6   Dustin L. Clark, Esq. (Bar No. 10548)
10155 W. Twain Avenue, Suite 100
7   Las Vegas, Nevada 89147
Telephone: (702) 540-9070
8   Email: dustin @ clarklawcounsel.com
Attorneys for Defendant and Counterclaimant
9

10                   UNITED STATES DISTRICT COURT

11                        DISTRICT OF NEVADA

12   NEDRA WILSON,                      )   Case No.:  2:14-cv-00362-APG-NJK
                                        )
13              Plaintiff,              )
                                        )
14       vs.                            )
                                        )
15   GREATER LAS VEGAS ASSOCIATION      )
     OF REALTORS, a Nevada non-profit   )
16   cooperative corporation,           )
                                        )
17              Defendant.              )
                                        )
18   GREATER LAS VEGAS ASSOCIATION      )   **STIPULATION AND ORDER**
     OF REALTORS, a Nevada non-profit   )   **TO EXTEND TIME TO FILE**
19   cooperative corporation,           )   **DISPOSITIVE MOTIONS**
                                        )
20              Counterclaimant,        )   **(FIRST REQUEST)**
                                        )
21       vs.                            )
                                        )
22   NEDRA WILSON,                      )
                                        )
23              Counter-Defendant.      )

24

25          Plaintiff and Counter-Defendant NEDRA WILSON and Defendant and Counter-Claimant

26   GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative

27   corporation, by and through their respective counsel of record, hereby stipulate and agree to extend

28   the time for filing dispositive motions in this matter by three weeks, to **November 14, 2016**.  In

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

accordance with the terms of the Stipulation and Order to Extend Discovery and Scheduling Order Deadlines (ECF No. 95), approved as amended by this Court, discovery concluded in this matter on September 21, 2016, and, therefore, the dispositive motions deadline has been set for October 21, 2016.

There is good cause for entering into this stipulation. The parties only recently received all of the deposition transcripts in this matter.  In addition to the transcripts, there is a significant volume of written documentation that was exchanged which must be reviewed prior to filing dispositive motions on all of the remaining claims, and all of the counterclaims pled, in this matter.  For this reason, a brief three-week extension is requested.[1]

DATED:  October 14, 2016.                    DATED:  October 14, 2016.

LAW OFFICES OF ROBERT P. SPRETNAK     CLARK LAW COUNSEL PLLC

By: /s/ Robert P. Spretnak                    By: /s/ Dustin L. Clark
        Robert P. Spretnak, Esq.                        Dustin L. Clark, Esq.

Attorney for Plaintiffs                          Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200          8880 W. Sunset Road, Suite 275
Las Vegas, Nevada 89123                      Las Vegas, Nevada 89148

IT IS SO ORDERED.

Dated: October 17, 2016

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]  A three-week extension ordinarily would have extended the filing deadline to Friday, November 11, 2016.  However, because that day is the Veterans Day holiday, a three-week extension would result in a new deadline of Monday, November 14, 2016, by operation of Fed. R. Civ. P. 6(a)(1)(C)

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2