LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff and Counter-Defendant

CLARK LAW COUNSEL PLLC
Dustin L. Clark, Esq. (Bar No. 10548)
10155 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89147
Telephone: (702) 540-9070
Email: dustin @ clarklawcounsel.com
Attorneys for Defendant and Counterclaimant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation,<br><br>　　　　Defendant. | Case No.: 2:14-cv-00362-APG-NJK |
| GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>NEDRA WILSON,<br><br>　　　　Counter-Defendant. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO DISPOSITIVE MOTIONS**<br>**(ECF No. 104 and ECF No. 105)**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff and Counter-Defendant NEDRA WILSON and Defendant and Counter-Claimant GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, by and through their respective counsel of record, hereby stipulate and agree to extend the time for filing the responses to the dispositive motions filed in this matter by two weeks, until

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1  **January 9, 2017**.  Each party filed a motion for summary judgment on December 2, 2016, thus the
2  opposition briefs for each currently are due December 26, 2016.[1]

3        There is good cause for entering into this stipulation.  There is a large volume of written
4  discovery and several deposition transcripts that must be reviewed in order for each party to file her
5  or its opposition to the relevant dispositive motion.  The time period for this preparation will be
6  affected by the Christmas holiday season, including the fact that Ms. Wilson's counsel is scheduled
7  to be out of town visiting family from December 21 through December 26.  For this reason, a brief
8  extension past the Christmas and New Year's holiday season is requested.

10  DATED:  December 16, 2016.                                  DATED:  December 16, 2016.

11  LAW OFFICES OF ROBERT P. SPRETNAK              CLARK LAW COUNSEL PLLC

12  By: /s/ Robert P. Spretnak                                        By: /s/ Dustin L. Clark
      Robert P. Spretnak, Esq.                                        Dustin L. Clark, Esq.

13  Attorney for Plaintiffs                                                Attorneys for Defendant

14  8275 S. Eastern Avenue, Suite 200                          8880 W. Sunset Road, Suite 275
15  Las Vegas, Nevada 89123                                         Las Vegas, Nevada 89148

18                      IT IS SO ORDERED.

20                      UNITED STATES DISTRICT COURT JUDGE
                    Dated:  December 19, 2016.

---

[1]  "Nedra Wilson's Motion for Summary Judgment on All Counterclaims" is in the court docket designated as ECF No. 104.  "Greater Las Vegas Association of Realtors' Motion for Summary Judgment is in the court docket designated as ECF No. 105.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2