| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| 2 | Robert P. Spretnak, Esq. (Bar No. 5135) |
| | 8275 S. Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| 3 | Telephone: (702) 454-4900 |
| | Fax: (702) 938-1055 |
| 4 | Email: bob @ spretnak.com |
| | Attorney for Plaintiff |

LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

CLARK LAW COUNSEL PLLC
Dustin L. Clark, Esq. (Bar No. 10548)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 540-9070
Email: dustin @ clarklawcounsel.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON, | Case No.: 2:14-cv-00362-JAD-NJK |
| Plaintiff, | |
| vs. | |
| GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, | |
| Defendant. | |
| GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| Counterclaimant, | **(THIRD REQUEST)** |
| vs. | |
| NEDRA WILSON, | |
| Counter-Defendant. | |

Plaintiff and Counter-Defendant NEDRA WILSON and Defendant and Counter-Claimant GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, by and through their counsel of record, do hereby stipulate and agree that the deadline for filing the Joint Pretrial Order in this matter be extended by an additional 21 days, until **December**

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

**11, 2017.** Pursuant to the terms of the original Stipulated Discovery Plan and Scheduling Order filed in this matter, in the event that dispositive motions were filed in this case, the deadline for filing the Joint Pretrial Order was set for 30 days after the filing of this Court's order on the dispositive motions. *See* ECF No. 40, at p. 2, ll.26-28. As this Court's Orders regarding the were filed on August 21, 2017, *see* ECF Nos. 123-124, the deadline for filing the Joint Pretrial Order was set for September 20, 2017. By stipulation of the parties, this initial deadline was extended to October 20, 2017, *see* ECF No. 126, then, more recently, to November 20, 2017, *see* ECF No. 128.

There is good cause for entering into this third extension. The parties have exchanged an initial draft of the Joint Pretrial Order, but with upcoming holiday travel, this is not going to be completed by the November 20, 2017. The process of compiling the Joint Pretrial Order has been slowed by the voluminous amount of documentation produced in discovery in this matter, which the parties are still in the process of reviewing in light of the Court's Order reducing the number of issues and claims that will be proceeding to trial. Finally, the parties also have been engaged in exploratory discussions regarding the possibility of settlement and the viability of requesting a settlement conference, and that issue is still be explored. For this reason, the brief extension has been requested.

DATED: November 14, 2017.           DATED: November 14, 2017.

LAW OFFICES OF ROBERT P. SPRETNAK   CLARK LAW COUNSEL PLLC

By: /s/ Robert P. Spretnak            By: /s/ Dustin L. Clark
    Robert P. Spretnak, Esq.              Dustin L. Clark, Esq.

Attorney for Plaintiff              Attorney for Defendant

8275 S. Eastern Avenue, Suite 200   10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89123             Las Vegas, Nevada 89145

    IT IS SO ORDERED.

    Dated: November 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE