| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| | Robert P. Spretnak, Esq. (Bar No. 5135) |
| 2 | 8275 S. Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| 3 | Telephone: (702) 454-4900 |
| | Fax: (702) 938-1055 |
| 4 | Email: bob @ spretnak.com |
| | Attorney for Plaintiff |

CLARK LAW COUNSEL PLLC
Dustin L. Clark, Esq. (Bar No. 10548)
11700 W. Charleston Boulevard, #170-479
Las Vegas, Nevada 891435
Telephone: (702) 540-9070
Email: dustin @ clarklawcounsel.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON, | Case No.: 2:14-cv-00362-JAD-NJK |
| Plaintiff, | |
| vs. | |
| GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, | |
| Defendant. | |
| GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| Counterclaimant, | **(FOURTH REQUEST)** |
| vs. | |
| NEDRA WILSON, | |
| Counter-Defendant. | |

Plaintiff and Counter-Defendant NEDRA WILSON and Defendant and Counter-Claimant GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation, by and through their counsel of record, do hereby stipulate and agree that the deadline for filing the Joint Pretrial Order in this matter be extended by an additional week, until **December**

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

**18, 2017**. Pursuant to the terms of the original Stipulated Discovery Plan and Scheduling Order filed in this matter, in the event that dispositive motions were filed in this case, the deadline for filing the Joint Pretrial Order was set for 30 days after the filing of this Court's order on the dispositive motions. *See* ECF No. 40, at p. 2, ll.26-28. As this Court's Orders regarding the dispositive motions were filed on August 21, 2017, *see* ECF Nos. 123-124, the deadline for filing the Joint Pretrial Order was set for September 20, 2017. By stipulation of the parties, this initial deadline was extended to October 20, 2017, *see* ECF No. 126, then to November 20, 2017, *see* ECF No. 128, and, most recently, to December 11, 2017, *see* ECF No. 130.

There is good cause for entering into this fourth and final extension. The parties have been engaged in settlement negotiations to try to resolve this matter. While Plaintiff provided an initial draft of the Joint Pretrial Order, Defendant has not yet had the opportunity to finalize its part of the Joint Pretrial Order and to fully address the current status of settlement negotiations. The process of compiling the Joint Pretrial Order has been slowed by the voluminous amount of documentation produced in discovery in this matter, which the parties are still in the process of reviewing in light of the Court's Order reducing the number of issues and claims that will be proceeding to trial. The additional week will allow the parties to finalize the Joint Pretrial Order and to determine if settlement talks are at an impasse. For this reason, the brief extension has been requested.

| | |
|---|---|
| DATED: December 11, 2017. | DATED: December 11, 2017. |
| LAW OFFICES OF ROBERT P. SPRETNAK | CLARK LAW COUNSEL PLLC |
| By: /s/ Robert P. Spretnak<br>     Robert P. Spretnak, Esq. | By: /s/ Dustin L. Clark<br>     Dustin L. Clark, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 11700 W. Charleston Boulevard, #170-479<br>Las Vegas, Nevada 891435 |

IT IS SO ORDERED.

Dated: December 12, 2017

_____
UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2