UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEDRA WILSON,<br><br>                            Plaintiff,<br><br>   v.<br><br>GREATER LAS VEGAS ASSOCIATION OF REALTORS,<br><br>                            Defendant. | Case No. 2:14-cv-00362-JAD-NJK<br><br>ORDER REFERRING CASE FOR A MANDATORY SETTLEMENT CONFERENCE |

      This case is currently set for a jury trial on the June 5, 2018 trial stack.

      **IT IS ORDERED** that this case is referred to Magistrate Judge Nancy J. Koppe for a mandatory settlement conference.

DATED: 12/21/2017

                                                                                    UNITED STATES DISTRICT JUDGE