DUSTIN L. CLARK
Nevada State Bar # 10548
11700 W. Charleston Blvd., #170-479
Las Vegas, NV 89135
Phone: 702.540.9070
E-mail: dustin@clarklawcounsel.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON,<br><br>Plaintiff,<br><br>v.<br><br>GREATER LAS VEGAS ASSOCIATION OF REALTORS, a Nevada non-profit cooperative corporation,<br><br>Defendant. | Case No. 2:14-cv-00362-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 144 |

Plaintiff Nedra Wilson and Defendant Greater Las Vegas Association of REALTORS®, by and through their undersigned attorneys of record the above-captioned matter *with prejudice*, each party to bear her or its respective attorneys' fees and costs of suit.

| | |
|---|---|
| DATED: May 2, 2018 | DATED: May 2, 2018 |
| LAW OFFICES OF ROBERT P. SPRETNAK | CLARK LAW COUNSEL PLLC |
| /s/ Robert P. Spretnak<br>Robert P. Spretnak<br>Attorney for Plaintiff | /s/ Dustin L. Clark<br>Dustin L. Clark<br>Attorney for Defendant |

**ORDER**

Based on the parties' stipulation [144] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to VACATE the calendar call and trial date and all other hearings and deadlines and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2018